HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
TRAYVON SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00227 ADA |
| Plaintiff, | Case No. 1:17-cr-00070 ADA |
| vs. | **STIPULATION TO CONTINUE SENTENCING;  ORDER THEREON** |
| TRAYVON SMITH, | Date:  March 13, 2023 |
| Defendant. | Time:  8:30 a.m. |
| | Judge: Hon. Ana de Alba |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing hearing scheduled for February 27, 2023 may be continued to March 13, 2023 at 8:30 a.m., before the Honorable Ana de Alba.

Trayvon Smith has pled guilty to being a felon in possession of a firearm in Case No. 1:21-cr-00227 ADA, and admitted violating the terms of his supervised release in Case No. 1:17-cr-00070 ADA. Sentencing for both matters is currently scheduled for February 27, 2023. The defense properly submitted informal objections to the draft presentence investigation report (PSR), but incorrectly calendared the due date for its formal objections and inadvertently failed to file them with the court in a timely manner. This short continuance is requested to allow time for the filing of Mr. Smith's formal objections to PSR, and the government's response thereto.

1    The parties agree that any delay resulting from the continuance shall be excluded as

2    necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3    3161(B)(iv).  For this reason, the ends of justice served by the granting of the requested

4    continuance outweigh the interests of the public and the defendant in a speedy trial

5

6                                                              PHILLIP A. TALBERT
                                                               United States Attorney
7

8    DATED:  February 21, 2023              By      /s/ Justin J. Gilio
                                                               JUSTIN J. GILIO
9                                                              Assistant United States Attorney
                                                               Attorneys for Plaintiff
10

11                                                            HEATHER E. WILLIAMS
                                                               Federal Defender
12

13   DATED: February 21, 2023              By      /s/ Eric V. Kersten
                                                               ERIC V. KERSTEN
14                                                            Assistant Federal Defender
                                                               Attorneys for Defendant
15                                                            TRAYVON SMITH

16

17

18                                      **ORDER**

19        **IT IS SO ORDERED**. For the reasons set forth above sentencing is continued to

20   March 13, 2023,

21

22

23   IT IS SO ORDERED.

24     Dated:    February 22, 2023

25                                                       UNITED STATES DISTRICT JUDGE

26

27

28